Name: SCOTT KANVICK

Address: N.S.P. P.O. BOX 607 CARSON CITY, NV. 89702

Prison Number: 88169

U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED
JUN 27 2006
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SCOTT KANVICK, )
  Plaintiff, )
 )
vs. ) CASE NO. 3:06-CV-00058
 ) (To be supplied by the Clerk)
CITY OF RENO, POLICE, et al, )
 )
Officer A. ELGS, ) **FIRST AMENDED**
 ) **CIVIL RIGHTS COMPLAINT**
Officer MILLER, ) **PURSUANT TO**
 ) **42 U.S.C. § 1983**
Officer KNIGHT, )
 ) JURY TRIAL DEMANDED
CITI-CENTER APARTMENTS, )
  Defendant(s). )

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, SCOTT KANVICK,
(print Plaintiff's name)

who presently resides at N.S.P. P.O. BOX 607 CARSON CITY, NV. 89702, were
(mailing address or place of confinement)
violated by the actions of the below named individuals which were directed against
Plaintiff at RENO, NV. _____ on the following dates
(institution/city where violation occurred)

6-29-04 ; 7-15-04 ; and 6-29-04 .
(Count I)   (Count II)   (Count III)

§1983-Form
eff. 1/97

Make a copy of this page to provide the below
information if you are naming more that five (5) defendants

2) Defendant __OFFICER A. ELGS__ resides at __455 E. SECOND ST. RENO, NV.__,
          (full name of first defendant)         (address of first defendant)

and is employed as __POLICE OFFICER__. This defendant is sued in his/her
      (defendant's position and title, if any)
__XX__ individual __XX__ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __This Officer acted under the Oppression Standard and in Collusion
to falsely imprison Plaintiff and violate Due Process of law.__

3) Defendant __OFFICER MILLER__ resides at __455 E. SECOND ST RENO, NV.__,
          (full name of first defendant)         (address of first defendant)

and is employed as __POLICE OFFICER__. This defendant is sued in his/her
      (defendant's position and title, if any)
__xx__ individual __xx__ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __Officer acted in Collusion to Falsely Imprison Plaintiff and to
use Cruel and Unusual Punishment against him to intimidate, harass and threaten him.__

4) Defendant __OFFICER KNIGHT__ resides at __455 E. SECOND ST. RENO, NV.__,
          (full name of first defendant)         (address of first defendant)

and is employed as __POLICE OFFICER__. This defendant is sued in his/her
      (defendant's position and title, if any)
__XX__ individual __XX__ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __This Officer was the transporting Officer whom also Falsely
Imprisoned Plaintiff while abusing him physically without justification to do so.__

5) Defendant __CITI-CENTER APARTMENTS__ resides at __160 SINCLAIR ST. RENO, NV.__,
          (full name of first defendant)         (address of first defendant)

and is employed as __Residential Night Manager__. This defendant is sued in his/her
      (defendant's position and title, if any)
__XX__ individual __XX__ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __This Employee of the Apartments where Plaintiff lived, had
him arrested without just cause.__

6) Defendant _____ resides at _____,
   (full name of first defendant)              (address of first defendant)

and is employed as _____. This defendant is sued in his/her
                  (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

Plaintiff wishes to invoke Pendent jurisdiction and the Conspiracy of Mind

Statute, along with the Oppression Standard.

---

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Plaintiff was detained and unlawfully arrested, subjected to an illegal search of his person and was falsely imprisoned as an agent of the Citi-Center Apartments, with intent and ill will, did act in concert with Reno Police Officers without warrant or probable cause or any other legal process, did so willingly and maliciously, stated misconstruing falsehoods to have Plaintiff arrested, inwhich the residential night manager said he knew the Plaintiff and his girlfriend had been fighting and that an anonymous witness also saw them arguing, yet no witness report was given to police as Plaintiff was not the person Police were looking for, whereas he did not live on the first floor and produced ample identification to his identity, nor had Plaintiff committed arrestable acts. However, without a witness, Plaintiff was still restrained against his liberty. On his ride to the Jail, Plaintiff was subjected to inhumane punishment.

(Continued next page)

## C. CAUSE OF ACTION

1  whereas he was placed in a hot Police van in the summer heat upon instruction
2  of the first Defendant, which had no ventilation or air-conditioning from
3  which the Plaintiff had requested more air before the drive of which, he
4  sat for an excessive amount of time in the hot heat to extort a confession
5  as the transporting Officers were hostile and aggressive from Plaintiff
6  protesting his innocence. Plaintiff was also given an excessive amount of
7  bail to the alleged crimes by the officers . Then, Plaintiff **was** denied
8  his due process rights to review the probable cause affidavit as there was
9  none, and was denied to see the first magistrate upon his first pre-liminary
10 hearing as Plaintiff demanded to invoke that right.

11      On the second pre-liminary date of continuation infront of the Justice's
12 Court Magistrate , the case was dismissed without prediudice as the Plaintiff
13 was released from custody and without compensation for his time after serving
14 over a month in jail.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

## COUNT I

The following civil right has been violated: <u>Fourth and Fourteenth Amendment to Search and Siezure, False Imprisonment.</u>

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff had been passing through the lobby of his apartments when Reno Police Officers questioned him to his identity. Plaintiff produced ample identification and stated he lived in apartment 247, on the second floor, of which the resident night manager had called police and pointed the finger at Plaintiff for a domestic disturbance which had happened prior to Plaintiff's arrival. The night manager stated to Police that residents had witnessed Plaintiff and his girlfriend **were** fighting or had been fighting and that anonymous persons could attest to the acts, yet no witness reports were taken or witnesses produced for verification of identity or **to any crimi**nal acts, as the Police did no investigative work and and had only taken the night managers word for the alleged acts after the night manager concluded Plaintiff was going to be evicted anyhow. This is when Officers accosted, unlawfully restrained and falsely imprisoned Plaintiff by way of being subjected to an unlawful search, not just a pat search of his person and effects. Where, while acting in concert with the night manager at Citi-Center apts., the police without warrant or probable cause or any other legal process harmed Plaintiff in his person as he lost his job and place of residence due to the incident where Police racked up the charges as an excessive amount of bail, upon arrest.

These acts were also infront of other residents going in and out of the front lobby area, whereas the residential night manager over-dramatized the alleged

(Continued next page)

1 | incident, was loud, aggressive and concluded that he,"Dealt with this
2 | sort of thing all the time." in a very provoking mannerism, while Plaintiff
3 | suffered in humiliation from people , as the overly excited night
4 | manager stated his accusations without justification or merit for
5 | his actions.
6 | //
7 | //
8 | //
9 | //
10 | //
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

## COUNT II

The following civil right has been violated: <u>Fifth and Fourteenth Amendment</u>
<u>to Due Process and Equal Protection to Due Process.</u>

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

<u>Plaintiff was denied Due Process as there was no Due Process asto a Probable</u>
<u>Cause Affidavit to the arrest, nor was it signed by a Magistrate. There were</u>
<u>no witnesses or lawful proceedings as Plaintiff's GERSTEIN Hearing was held</u>
<u>at the Washoe County Jail during video arraignment, which was well over a 48 hr.</u>
<u>period, then delayed further as the criminal complaint had not yet been filed.</u>
<u>The pre-liminary hearing was then set for July 15th, 2004. The Bailiff of the</u>
<u>Reno Justice Court     postponed the pre-liminary hearing once again, as it was</u>
<u>not continued by Plaintiff's counsel or Plaintiff, inwhich the Plaintiff had</u>
<u>a right to see the Justice's Court Magistrate that day. He demanded to invoke</u>
<u>that right, yet was returned to custody and denied that right. The next pre-</u>
<u>liminary hearing was scheduled for July 28th, 2004 on calendar, of which on the</u>
<u>first initial appearance infront of the Justice's Court Magistrate, the case</u>
<u>was Dismissed after Plaintiff sat in jail, losing his place of residence and</u>
<u>place of employment from the malicious prosecution of Plaintiff by Police Officers,</u>
<u>unjust confinement of an innocent man and vindictive nature of Police.</u>

§1983-Form
eff. 1/97                                5

## COUNT III

The following civil right has been violated: <u>Eighth and Fourteenth Amendment to be free from Cruel and Unusual Punishment.</u>

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

<u>In order to get Plaintiff to confess, arresting Officers stuck Plaintiff in an old University of Nevada, Reno Police van which smelled like old feet, was hot with no air conditioning or ventilation. The transport Officers Miller and Knight stated, "The sooner you tell us what happened, the sooner we can get you to jail. When he stays in there awhile, he'll be ready to talk." or words to that effect, as Plaintiff sat in the heat of the van during shift change, at the Reno Police Department for an extensive amount of time as Plaintiff sweated profusely wearing jeans and a button down shirt.</u>

<u>Plaintiff was then delivered to **the Washoe County** Jail via the 1980's Police van as it sped up the freeway with a broken shock mount, along corners and along straightaways wildly to torment Plaintiff as he protested his innocence and asked for air of some sort, inwhich he was punished mentally and physically, acting under color of law from which Plaintiff has suffered from night sweats, loss of sleep and more back pain from a prior injury which was made worse from Officer Miller and Knights lack of due care from acting under color of law, creating dilliberate indifference and continual medical treatment.</u>

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? xx Yes ___ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

   a) Defendants: __Nevada Department of Corrections__

   b) Name of court and docket number: __U.S. District Court CV-N-03-0402__

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?):
   __Pending__

   d) Issues raised: __Civil Rights__
   _____

   e) Approximate date it was filed: __July 2003__

   f) Approximate date of disposition: __N/A__

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___ Yes XX No. If your answer is "Yes", describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

   Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

   a) Defendants: _____

   b) Name of court and case number: _____

   c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

   d) Issues raised: _____
   _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

§1983-Form
eff. 1/97

7

    a)     Defendants: _____.

    b)     Name of court and case number: _____.

    c)     The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

    d)     Issues raised: _____
_____.

    e)     Approximate date it was filed: _____

    f)     Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

    a)     Defendants: _____.

    b)     Name of court and case number: _____.

    c)     The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

    d)     Issues raised: _____
_____.

    e)     Approximate date it was filed: _____

    f)     Approximate date of disposition: _____

3)     Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _xx_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _Filed Claim with the City of Reno._.
If your answer is "Yes", provide the following information. Grievance Number _____.
Date and institution where grievance was filed _October 2005_____.
Response to grievance: _Denied_____

§1983-Form
eff. 1/97

8

_____

_____

_____

---------------------------------------------

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Plaintiff prays for judgement in the amount of total damages to him from all

Defendants, jointly and severally, for all declatory and exemplary and

compensatory damages from all parties totaling $750,000.00, for his costs therein

expended and for all just and proper relief as aforesaid.

_____

_____

_____

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Plaintiff_____
(Name of person who prepared or helped
prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

6-19-06
(Date)

---------------------------------------------

(Additional space if needed; identify what is being continued)

_____

_____

_____

_____

_____

§1983-Form
eff. 1/97

9

# CERTIFICATE OF SERVICE

I do certify that I mailed a true and correct copy of the foregoing document(s), FIRST AMENDED CIVIL COMPLAINT (CV-3:06-00058), to the address(es) hereinbelow on this 22ND day of JUNE, 20 06, by placing same into the hands of Prison Staff for posting in the United States Mail pursuant to NRCP 5(b):

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 S. VIRGINIA ST. ROOM 301
RENO, NV- 89501
Counsel for _____

( ) Check here for additional addresses below.

_____
SCOTT KANWICK, DOC# 88169
Nevada State Prison
P.O. Box 607
Carson City, NV 89702-0607

Addresses continued from hereinabove, if applicable: