1  JOHN J. KADLIC
   Reno City Attorney
2  JACK D. CAMPBELL
   Deputy City Attorney
3  Nevada State Bar #4938
   Post Office Box 1900
4  Reno, NV 89505
5  (775) 334-2050
   *Attorneys for Defendants City of Reno,*
6  *Oliver Miller, Robert Knight, and Anthony Elges*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT KANVICK, | Case No. 06-CV-00058-PMP-RAM |
| Plaintiffs, | |
| vs. | |
| CITY OF RENO, OFFICER ANTHONY ELGES, OFFICER OLIVER MILLER, AND OFFICER ROBERT KNIGHT and CITY CENTER LIMITED PARTNERSHIP, dba CITY CENTER APARTMENTS, | |
| Defendants. | |

## MOTION TO STRIKE

COMES NOW, Defendants CITY OF RENO, AND OFFICERS ANTHONY ELGES, OLIVER MILLER AND ROBERT KNIGHT (hereinafter CITY OF RENO), and hereby move this Court for an order striking Plaintiff's Second Reply and Opposition to Reno Defendants Motion for Summary Judgment filed in the above matter on or about September 10, 2007.

///
///
///
///
///

1  This motion is based upon all pleadings and papers on file herein, the attached
2  Memorandum of Points and Authorities, and any additional or further evidence this Court may
3  deem just and proper.
4      DATED <u>21st</u> this day of September, 2007.

                              JOHN J. KADLIC
                              Reno City Attorney

                        By:   /s/ Jack D. Campbell
                            **JACK D. CAMPBELL**
                            Deputy City Attorney
                            Nevada State #**4938**
                            Post Office Box 1900
                            Reno, Nevada  89505
                            (775) 334-2050
                            *Attorneys for Defendants City of Reno,*
                            *Oliver Miller, Robert Knight,*
                            *and Anthony Elges*

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

# MEMORANDUM OF POINTS AND AUTHORITIES
## I.
## DISCUSSION

On or about September 10, 2007, Plaintiff filed Second Reply and Opposition to Reno Defendants Motion for Summary Judgment.

This "second" reply in opposition to a motion for summary judgment is not provided for by any statute, rule, or applicable authority. This "motion" is nothing more than a transparent supplement of Plaintiff's Opposition to the CITY OF RENO'S Motion for Summary Judgment.

LR 7-2 provides the rules related to filing of motions, oppositions and replies related thereto. Said Rule or any other authority does not contemplate or allow a second opportunity by an opposing party to respond to or reply to a motion which includes a motion for summary judgment as is the matter addressed herein.

As such, this "second reply" is a violation of LR 7-2. Furthermore, Plaintiff made no attempt to seek nor did he receive, leave of court to file any supplement.

## II.
## CONCLUSION

CITY OF RENO respectfully requests that Plaintiff's "Second Reply" be stricken and not be considered or allowed in direct violation of L R 7-2.

/ / /

/ / /

/ / /

/ / /

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

-3-

1  As Plaintiff did not have leave of court to file an additional supplement to his opposition
2  to the Motion for Summary Judgment, Plaintiff's "Second Reply" should be stricken.
3  DATED <u>21st</u> this day of September, 2007.

JOHN J. KADLIC
Reno City Attorney

By:   /s/ Jack D. Campbell
      JACK D. CAMPBELL
      Deputy City Attorney
      Nevada State #4938
      Post Office Box 1900
      Reno, Nevada 89505
      (775) 334-2050
      *Attorneys for Defendants City of Reno,*
      *Oliver Miller, Robert Knight,*
      *and Anthony Elges*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP (5)b, I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

<u>X    </u>    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United State Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

<u>X    </u>    CM/ECF Federal Court Filing

<u>      </u>    Personal delivery.

<u>      </u>    Facsimile (FAX).

<u>      </u>    Federal Express or other overnight delivery.

<u>      </u>    Reno/Carson Messenger Service.

addressed as follows:

| | |
|---|---|
| Scott Kanvick #88169 | Michael J Morrison Esq. |
| NSP PO Box 607 | 1495 Ridgeview Dr. #220 |
| Carson City NV 89702 | Reno, NV  89509 |
| | *Attorney for Citi-Center Apts.* |

DATED this 21st day of September, 2007.

/s/ Tamme Sutton
TAMME SUTTON
Legal Assistant

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

**CERTIFICATE OF SERVICE**

Pursuant to FRCP (5)b, I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

_____   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United State Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____   Personal delivery.

_____   Facsimile (FAX).

_____   Federal Express or other overnight delivery.

_____   Reno/Carson Messenger Service.

addressed as follows:

**[Plaintiff's Attorney Name]**, Esq.          *Attorney for Plaintiff*
**[Physical &/or Mailing Address]**
**[City, State  Zip Code]**

DATED this _____ day of _____, 2002.

_____
**[Staff Name]**

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**