AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF   NEVADA

SCOTT KANVICK,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:06-CV-00058-RAM**

CITY OF RENO, POLICE et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' (City of Reno, Officer Elges, Miller and Knight) Motion for Summary Judgment (Document #42) and Defendant, City Center Limited Partnership's, Motion for Summary Judgment (Document #51) are GRANTED.

  March 28, 2008                                                           **LANCE S. WILSON**
                                                                                     Clerk

                                                                                           /s/ Katie Lynn Ogden
                                                                                              Deputy Clerk